Case 2:17-mj-09040-PCL   Document 1   Filed 09/25/17   PageID.1   Page 1 of 6

SLG FOR
A. SERRANO
9/25/17

SETH C. GAGLIARDI
x2246
9/25/17

FILED

UNSEALED PER ORDER OF COURT

2017 SEP 25 PM 1:34

~~SEALED~~

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR MANUEL ALCANTAR-SALAS,<br><br>Defendant. | MAGISTRATE CASE NO.<br><br>'17MJ9040<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18 U.S.C. § 2251(c), (e) -<br>Attempted Sexual Exploitation of a Child |

The undersigned Complainant, being duly sworn, states:

On or about January 15, 2017, within the Southern District of California, and elsewhere, defendant OSCAR MANUEL ALCANTAR-SALAS did attempt to employ, use, persuade, induce, entice, and coerce a minor, to wit: a 17 year old female, to engage in sexually explicit conduct outside the United States for the purpose of producing a visual depiction of such conduct, and the person intends such visual depiction to be transported to the United States and transports such visual depiction into the United States by any means, including using any means and facility of interstate and foreign commerce by any means; in violation of Title 18, United States Code, Sections 2251(c) and (e).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Angela M. Forbes, Special Agent
Homeland Security Investigations

Sworn to me and subscribed in my presence this 25th day of September, 2017.

Honorable Peter C. Lewis
United States Magistrate Judge

### STATEMENT OF FACTS

On August 8, 2017, I was contacted by Federal Bureau of Investigation (FBI) Special Agent Sarah Graving, a Task Force Officer for the Imperial Valley Drug Enforcement Administration (DEA). SA Graving reported that during a review of Facebook search warrant for an unrelated offense, she discovered conversations between Oscar ALCANTAR-SALAS, a thirty (30) year old male, and a seventeen (17) year old female minor.[1] The conversations indicated their relationship was sexual in nature. On August 9, 2017, SA Graving obtained an additional Federal search warrant authorizing the search of the Facebook records for evidence related to child exploitation.

---

[1] The name of the minor is known to law enforcement and purposefully kept out of this complaint for privacy purposes.

2

On August 11, 2017, SA Graving provided the Facebook Messenger chat conversations between ALCANTAR and the minor female. I reviewed that chat messages and discovered several messages which appeared to be sexually explicit in nature. The original messages were in the Spanish language, and the following are the approximate English translations as provided by SA Graving. The messages were captured with the UTC time stamp

.

| Date | Messages | | |
|---|---|---|---|
| 6/30/2016 | MINOR: | | I dreamt of you |
| 6/30/2016 | ALCANTAR: | | Hahahah |
| | | | Swear to me |
| | | | With or without clothes? |
| 7/21/2016 | Minor sends a photograph of herself in a white tank top or sports bra | | |
| 7/21/2016 | ALCANTAR: | | Without the top |
| | MINOR: | | I can't do that |
| | ALCANTAR: | | Tomorrow I have to pass through Brawley if you want to see me |
| 7/29/2016 | MINOR sends a screenshot which includes a photo of herself from an application called "Period Tracker" with a countdown at the bottom of the screen that reads "until my 17th birthday". The countdown indicates she will turn 17 in 1 month, 3 weeks, 5 days. | | |
| | Minor: | | So you can start thinking about what to get me |
| | Oscar sends "crooked smiley face emoticons" | | |
| | MINOR: | | AND, the next year I will be legal. You have never told me when your birthday is. You only told me you were 29. |
| 12/1/2016 | ALCANTAR: | | I want to make love to you again |
| 12/13/2016 | ALCANTAR: | | We would have made love here in my truck |
| 1/15/2017 | ALCANTAR: | | What time should I pick you up |
| | MINOR: | | Let me know when you get to "The Baja" my love (ALCANTAR is known to reside in the sub section of Mexicali, Mexico known as "La Baja" when he is in Mexico) |

Chat records indicate that on January 15, 2017, ALCANTAR and the minor met in Mexicali, Mexico. The following are chat messages which appear to take place after their meeting.

> MINOR: Oh seriously my love I had been missing you
> Love send me the photo

ALCANTAR sends a photo to the minor depicting what appears to be ALCANTAR sitting on a bed and a girl believed to be the minor is sitting on his lap straddling him. (See Photo #1 Attached)

> MINOR: Haha! That's the one!

2/21/2017

> MINOR: When I get out of class, can you come get me? My parents are up in Indio and after that, they are going to Palm Springs
> It's that I haven't gotten my period all month
>
> ALCANTAR: Well, you had already gotten it, right? When I gave you the pill
>
> MINOR: Well it wasn't a full period as I only had it for a day and a half and then this month, nothing.
>
> ALCANTAR: Must be because of the pill
> So you mean you only had your period for one day in January?
> You and I were together on February 14th
>
> MINOR: Yes, January
> You were with the other girl on the 14th of February because you weren't with me.
>
> ALCANTAR: I meant 14th of January
> We were together
> And in January when
> It dropped (period started)
> Because you told me
> You had your period
> For sure you were out sleeping around and you didn't use protection
> With the pill, nothing happens

On August 15, 2017, SA Graving and I, with the permission of her parents, interviewed the minor at her high school, located in Imperial County, California. The minor stated she and ALCANTAR had a sporadic sexual relationship which consisted of meeting for sex on two (2) occasions. The minor stated the two meetings both occurred in Mexicali, Mexico. The minor stated ALCANTAR picked her up in his vehicle after she had already traveled to Mexicali, Mexico. He then drove her to the Virreyes Motel in Mexicali where they had sex. After having sex, the minor said ALCANTAR drove her to a pharmacy, where he purchased a morning after pill and instructed her to take it in his presence. The minor stated the meetings took place on September 25, 2016, which was her 17th birthday, and on a date in January 2017; however, she could not recall the specific day.

On August 30, 2017, I reviewed a disc provided by SA Graving regarding additional photographs and chat messages found of the minor in ALCANTAR's Facebook account. Two different chat threads were discovered between ALCANTAR and Junior Ramirez and Javier Salazar.

The following is a summary of the chat conversation between Ramirez and ALCANTAR on January 15, 2017:

Ramirez:	What's up?

ALCANTAR then sends Photograph #1 (D10EAB1311E4B70BB3D9D081345C60 5406C88574.jpg), as referenced above. The same photograph requested by and sent to the minor.

ALCANTAR then sends Ramirez two (2) additional photographs, described as follows:

Photograph #2 (Attached) Titled:

5

1  4224DA222FC09A4E7C281314D2AE619B45F
2       7CC7E.jpg
3       The photograph depicts a bed with a beige or cream colored bedsheet. In the
4  background of the photo is a mirror which depicts a nude male (ALCANTAR) and a
5  nude female (the minor). The nude female is lying on her stomach with her buttocks
6  facing the mirror. A partial view of her nude anus is visible.
7       Photograph #3 (Attached) Titled: 3C86E03C01FE18E2F6777CDD50E818674D
8       3B203D.jpg
9       The photograph depicts ALCANTAR's face in what appears to be a "selfie"
10 style photograph. The photograph appears to be taken at the same location as
11 Photograph #1. The bare legs of a female (the minor) are observed on the bed next to
12 him. A mirror is observed in the background of the photo, which depicts the nude
13 buttocks of the nude female in the picture, and a partial view of her anus is visible.
14      The following is a summary of the chat conversation between ALCANTAR and
15 Javier Salazar on January 15, 2017:
16      Salazar:    Where are you at?
17      ALCANTAR then sends Salazar Photographs #2 and #3 as described above.
18
## REQUEST FOR SEALING
19
20      It is further respectfully requested that this Court issue an Order sealing, until
21 further order of this Court, all papers submitted in support of this complaint, including
22 the probable cause statement and arrest warrant. Sealing is necessary because
23 premature disclosure of the contents of this probable cause statement and related
24 documents may cause the defendant to flee and may cause destruction of evidence and
25 may have a negative impact of this continuing investigation.
26
27
28